IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Applicant, | )<br>) Case No.<br>) |
| v. | )<br>) |
| NORTHWESTERN MUTUAL INSURANCE CO., | )<br>)<br>) |
| Respondent. | )<br>) |

**APPLICATION FOR AN ORDER TO SHOW CAUSE WHY ADMINISTRATIVE SUBPOENA SHOULD NOT BE ENFORCED**

(1) This is an action for enforcement of a subpoena *duces tecum*, pursuant to Section 710 of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-9 ("Title VII").

(2) Jurisdiction is conferred upon the court by Section 706(f)(3), 42 U.S.C. § 2000e-5(f)(3), and by Section 11 of the National Labor Relations Act, 29 U.S.C. § 161, as amended, incorporated in Section 170 of Title VII, 42 U.S.C. § 2000e-9.

(3) Applicant, the United States Equal Employment Opportunity Commission ("Applicant" or "EEOC"), is the federal agency charged with the administration, interpretation and enforcement of Title VII, including, *inter alia*, the investigation of charges of unlawful employment practices, and is authorized to bring this action pursuant to Section 710 of Title VII, 42 U.S.C. § 2000e-9.

(4) Respondent, Northwestern Mutual Insurance Co. ("Respondent" or "Northwestern Mutual"), is a financial services provider doing business in the State of Wisconsin.

(5) On June 27, 2025, pursuant to its authority under 29 U.S.C. § 161, incorporated in § 710 of Title VII, 42 U.S.C. § 2000e-9, Applicant issued and served upon Respondent a subpoena *duces tecum*, No. CHMK-2025-1, requiring Respondent to produce information needed as part of Applicant's investigation of a charge of unlawful employment practices, Charge No. 443-2025-01752, which has been filed against Respondent.

(6) Respondent has refused to comply with [substantial portions of] Subpoena No. CHMK-2025-1.

(7) The accompanying Declaration of Amrith Aakre, District Director (filed with EEOC's Memorandum in Support of Application for Order to Show Cause), and the attachments thereto, provide the factual support for this Application. The Declaration and the attachments are incorporated by reference into this Application.

WHEREFORE, EEOC respectfully requests this Court grant its petition and enter an order:

(a) Directing Respondent to appear before this Court and to show cause, if there be any, why an Order should not be issued directing Respondent to comply with the subpoena;

(b) That, upon return of the Order to Show Cause, an Order be issued directing Respondent to comply with the subpoena.

Dated: November 20, 2025

RESPECTFULLY SUBMITTED,

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Catherine Eschbach
Acting General Counsel

Christopher Lage
Deputy General Counsel
Gwendolyn Reams
Associate General Counsel
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
131 M Street, N.E., 5th Floor
Washington DC 20507


Gregory Gochanour
Regional Attorney

Deborah Hamilton
Assistant Regional Attorney

*s/ Anne Gallerano*

Jeanne B. Szromba (IL Bar #6207846)
Anne Gallerano (IL Bar #6332700)
Trial Attorneys
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Chicago District Office
230 S. Dearborn St., Ste. 2930
Chicago, IL 60604
Telephone: (312) 872-9692