# ATTACHMENT 4



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Milwaukee Area Office**

310 West Wisconsin Avenue, Suite 500
Milwaukee, WI 53203-2292
Intake Information Group: (800) 669-4000
Intake Information Group TTY: (800) 669-6820
Milwaukee Direct Dial: (414) 662-3680
FAX (414) 297-4133 & 3146
Website: www.eeoc.gov

May 21, 2025
VIA: Respondent Portal and Email

Northwestern Mutual
c/o Rebeca M. Lopez
Godfrey & Kahn
833 E. Michigan St., Suite 1800
Milwaukee, WI 53202

Re:     McNulty v Northwestern Mutual
        **EEOC Charge Number: 443-2025-01752**

Respondent is hereby requested to submit information and records relevant to the subject charge of discrimination. The Commission is required by law to investigate charges filed with it, and the enclosed request for information does not necessarily represent the entire body of evidence which we need to obtain from your organization in order that a proper determination as to merits of the charge can be made. Please submit the requested information by the deadline cited below.

In addition, the Commission requests to interview Amy Hanneman, Vice President of Diversity and Inclusion. The Commission request she be made available for video interview on June 5, 6, or 11 at 9am CST. Please confirm the interview no later than May 29, 2025.

The information will only be disclosed in accordance with 29 C.F.R. 1601.22, or otherwise made public if the charge results in litigation.

Response Deadline Date:
Requests 1-10 are due no later than June 2, 2025.
Requests 11-21 are due no later than June 18, 2025.

If Respondent intends to object and withhold any requested information responsive to the Request for Information, it must raise the objection in writing no later than May 29, 2025.

The following dates are considered to be the "relevant period" for the attached Request for Information:
        January 1, 2020 – Present.

If you have any questions regarding this request, contact me at (612) 552-7328 or via email at Benjamin.Lidholm@eeoc.gov and Seth Sinclair, Lead Systemic Investigator, at (312) 972-9730 or via email at Seth.Sinclair@eeoc.gov.

**Request for information,**
**EEOC Charge Number: 443-2025-01752**

Sincerely,

Federal Investigator

## Request for Information

1. Provide a complete list of employees in Respondent's Enterprise Compliance Department, and all employees with any compliance responsibility for Northwestern Mutual Investment Services, LLC, Northwestern Mutual Wealth Management Company, Northwestern Mutual Series Fund, including for each employee:
   a. Name
   b. Address
   c. Home phone number
   d. Cell phone number
   e. Email
   f. Current job title
   g. Any previous job titles during the relevant time period and the date placed in each such job
   h. Date of hire
   i. Date of separation and reasons for separation, if applicable
   j. Race
   k. Sex
   l. National origin

2. Provide an organizational chart or other document sufficient to show the reporting hierarchy in Respondent's Enterprise Compliance Department and the reporting hierarchy for any employee with compliance responsibility for Northwestern Mutual Investment Services, LLC, Northwestern Mutual Wealth Management Company, Northwestern Mutual Series Fund, including documents sufficient to illustrate where the Enterprise AML Officer, Senior Directors and Vice President fit in the reporting hierarchy;

3. Provide job descriptions or other documents sufficient to show the responsibilities and selection criteria for the following positions: Department Head for Enterprise Compliance, Senior Directors in Compliance, NMIS CCO; and WMC CCO.

4. A complete copy of the personnel file for Charging Party, including all performance reviews.

5. A complete copy of the personnel file (excluding leave and benefits information) for the following employees including documents sufficient to show the race, national origin, sex of each employee: Jamie Pulsfus (Senior Director promoted to Vice President), Sarah Brach (Senior Director), Paula Storniolo (Senior Director); Jonathan Viard (Senior Director); Nicole Lund (Senior Director promoted to NMIS CCO); Jeff Schloemer (VP, promoted to WMO CCO); Mike Commey (Vice President); Laila Valters (decisionmaker on promotion); Ray Manista (Chief Legal and Public Affairs Officer); Rebecca Villegas (VP -Enterprise Compliance);

6. All of the feedback solicited or received regarding Charging Party, Nicole Lund, and Jeff Schloemer, including feedback from colleagues, direct reports and client constituents.

7. All interview notes, investigation materials, communications (including e- mail among the investigative personnel or management, with the Charging Party and with witnesses and decisionmakers), summaries, and analysis of Charging Party's complaints of discrimination including any documents reflecting any actions taken as a result of such complaints, including all documents related to Charging Party's complaints regarding a 2020 Career Distribution presentation and all documents or analysis that Respondent relied upon in sending its e-mail to Charging Party stating that "NM does not believe its Diversity & Inclusion goals are in violation of Title VII."

8. Provide a copy of any affirmative action plans that exists or existed during the relevant period, and if Respondent was not a federal contractor at any time from 2020 to the present, identify the time period.

9. Any analysis or documents or other materials that Respondent relied upon to develop its Diversity & Inclusion policies or programs, including any analysis that shows that Respondent had engaged in past discrimination or any other basis that Respondent believes supports favoring employees of a certain race, sex, national origin, or sexual orientation.

10. Any documents showing any complaints made to Respondent from any employee, contractor or other individual or any person or entity representing such individuals or speaking on behalf of them regarding Respondent's Diversity & Inclusion policies or training or any employment opportunity (including employee training, compensation or new business support) awarded or offered on the basis of diversity & inclusion;

11. Documents sufficient to show all training offered to any employees where race, national origin, sex, or sexual orientation is any sort of criteria or consideration for participation including "Field Diversity & Inclusion Early Career Advisor Programs," which were described as follows in an email to Charging Party:

> Early Career Connections (Asian, Black, Hispanic, two or more races)
> Supplemental training and community-building curriculum for individuals who identify as Hispanic, Asian, Black/African American, or two or more races advisors. Includes both in-person events and virtual meetings featuring field experts with opportunities for Q&A.
>
> LGBTQ+ Study Group
> Professionally facilitated small group support for LGBTQ+ advisors with emphasis on increasing productivity and building community alongside access to experienced mentors working in LGBTQ+ markets.
>
> 3Rising Women Program
> Supplemental training and small group support for women advisors, focused on creating community, enhancing performance, and driving retention of women.

12. A complete list of all the employees who participated in any of the training offered where

race, national origin, sex or sexual orientation was a criteria or consideration for participation including the "Field Diversity & Inclusion Early Career Advisor Programs," including for each employee who participated:

a. Name
b. Address
c. Home phone number
d. Cell phone number
e. Email
f. Current job title
g. Any previous job titles during the relevant time period and the date placed in each such job
h. Date of hire
i. Date of separation and reasons for separation, if applicable
j. Race
k. National origin
l. Sex
m. Sexual orientation

13. Documents sufficient to identify any training comparable to the Field Diversity & Inclusion Early Career Advisor Programs that did not use race, national origin, sex or sexual orientation was a criteria or consideration for participation.

14. A complete list of the employees who participated in any training comparable to the Field Diversity & Inclusion Early Career Advisors Program that did not use race, national origin, sex or sexual orientation as a criteria or consideration for participation including for reach employee the following information:

a. Name
b. Address
c. Home phone number
d. Cell phone number
e. Email
f. Current job title
g. Any previous job titles during the relevant time period and the date placed in each such job
h. Date of hire
i. Date of separation and reasons for separation, if applicable
j. Race
k. National origin
l. Sex
m. Sexual orientation

15. Northwestern Mutual D&I Report and any other reports or summary documents that consolidate information about diversity and inclusion at Respondent.

16. Documents that show the structure and function of Respondent's Sustained Action for Racial

Equity Initiative (described in more detail here   Our Commitment to Combat Racism and Inequality, a Message From Our CEO | Northwestern Mutual   and here innv.northwesternmutual.com/blog/sare-generates-broad-impact-on-black-field-force-black-communities), including documents that show Respondent's advisors who participated in the imitative (including documents that explain the role of former CEO John Schlifske and current CEO Tim Gerend), any accomplishments or reports from the initiative, the budget, and staffing and programs available to employees through the initiative including SARE's Next Level Mentoring Program, which provides mentors to "emerging black talent";

17. Documents that relate to Respondent's strategy for "Pursuing Diversity & Inclusion as a Growth Strategy," including all training provided to management or to Northwestern Mutual advisors regarding this strategy and any documents that show how Respondent's analysis of customer preference regarding working with advisors that share the same race, national origin, sex or sexual orientation of the customer and any documents showing how Respondent responded to any such customer preference;

18. A complete list of recipients of Respondent's Diversity & Inclusion Champion Award and all documents showing the nomination and selection process including the criteria that are used to select the recipients, including for each recipient:
    a. Name
    b. Address
    c. Home phone number
    d. Cell phone number
    e. Email
    f. Current job title
    g. Any previous job titles during the relevant time period and the date placed in each such job
    h. Date of hire
    i. Date of separation and reasons for separation, if applicable
    j. Race
    k. National origin
    l. Sex
    m. Sexual orientation
    n. Description of the basis for selection for the award
    o. Benefits received as a result of the award;

19. Documents sufficient to identify the performance management system and/or human resource information system used by Respondent and the various metrics tracked by the system, including documents sufficient to identify the systems used by Respondent to track Diversity & Inclusion progress and goals;

20. Identify each and every woman or person of color retained or promoted by any employee or manager for whom that employee or manager gets credit for or receives positive feedback in accord with Respondent's "Diversity & Inclusion People Leader Toolkit" attached to Respondent's position statement as Ex. 27, which provides goals with suggested metrics

including "promoting and implementing the development and advancement of women and people of color." For each such woman or person of color, provide the following and all documents showing the feedback received:

    a. Name of employee promoted or retained
    b. Address
    c. Home phone number
    d. Cell phone number
    e. Email
    f. Current job title
    g. Any previous job titles during the relevant time period and the date placed in each such job
    h. Date of hire
    i. Date of separation and reasons for separation, if applicable
    j. Race
    k. National origin
    l. Sex
    m. The names, race, national origin, sex and job titles of the other employees who applied for the promotion or opportunity that the employee identified in sub-part a received;

21. Identify each and every employee who received positive feedback for sponsoring a "woman or a person of color who is not already on your team for promotion/new role/opportunity or increase their visibility with a special project that is reflected in their performance plan" in accord with Respondent's "Diversity & Inclusion People Leader Toolkit" attached to Respondent's position statement as Ex. 27, which provides goals with suggested metrics. For each such employee, provide the following information and all documents showing the feedback:

    a. Name of employee who received the positive feedback
    b. Address
    c. Home phone number
    d. Cell phone number
    e. Email
    f. Current job title
    g. Any previous job titles during the relevant time period and the date placed in each such job
    h. Date of hire
    i. Date of separation and reasons for separation, if applicable
    j. Race
    k. National origin
    l. Sex
    m. The names of the employee who was sponsored, and their race, national origin, sex and job title;