# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | | |
|---|---|---|
| U.S. Equal Employment Opportunity Commission | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 25-cv-1842 |
| Northwestern Mutual Insurance Co. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court. I appear in this case as retained counsel for:

U.S. Equal Employment Opportunity Commission .

Date: 11/20/2025

/s/ Jeanne B. Szromba
*Attorney's signature*

Jeanne B. Szromba, IL Bar 6207846
*Printed name and bar number*

U.S. EEOC - Chicago District Office
230 S. Dearborn St., Ste. 2920
Chicago, IL 60604
*Address*

jeanne.szromba@eeoc.gov
*E-mail address*

(312) 562-1021
*Telephone number*

*FAX number*